UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PALL CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | CV 97 7599 (RRM/ETB) |
| v. | ) | |
| | ) | |
| CUNO INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PALL CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | CV 03 0092 (RRM/ETB) |
| v. | ) | |
| | ) | |
| CUNO INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 1.4, the undersigned hereby moves to withdraw his Appearance on behalf of defendant CUNO Incorporated ("CUNO"). In support of this motion the undersigned represents as follows:

1. I have been appointed as a judge of the Connecticut Superior Court and expect to take the oath of office on March 5, 2008. As a result, I will not be permitted to continue in the practice of law as of that date.

2. Cuno is still represented in these matters by Attorney DeDonato of McCarter & English and Attorney Scott Wofsy of Edwards & Angell.

3. This matter is not scheduled for trial or other hearing.

ME1 7172473v.1

-2-

      4.      Cuno is aware of my appointment and the need for me to withdraw from this matter.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

DATED: Hartford, Connecticut
             February 29, 2008

By   /s/ William H. Bright, Jr.
William H. Bright, Jr. (WB 9422)
*wbright@mccarter.com*
McCARTER & ENGLISH, LLP
CityPlace I
Hartford, CT 06103
Phone: (860) 275-6700
Fax: (860) 724-3397

ME1 7172473v.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of February, 2008, I electronically filed the foregoing Motion to Withdraw Appearance with the Clerk of the Court using CM/ECF, which also caused the foregoing documents to be served in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Eastern District of New York upon the following:

James W. Weller, Esq.
Nixon Peabody LLP
50 Jericho Quadrangle - Suite 300
Jericho, NY  11753

H. Michael Hartmann, Esq.
Paul J. Korniczky, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL  60601

        /s/ William H. Bright, Jr.
William H. Bright, Jr.