IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
PALL CORPORATION,

                                       Plaintiff,

        -against-

CUNO INCORPORATED,

                                     Defendant.

Civil Action Nos.
9:97-CV-07599 (RRM)(ETB)
2:03-CV-00092 (RRM)(ETB)

-----------------------------------------------------------------------X

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

      I am authorized to practice in this court, and I appear in this case as counsel for Defendant Cuno Incorporated, which is now 3M Purification, Inc.

Date:___April 4, 2012_____                    /s Thomas Crispi_____
                                                             Thomas Crispi
                                                             Schiff Hardin LLP
                                                             666 Fifth Avenue, 17th Fl.
                                                             New York, New York  10103
                                                             Tcrispi@schiffhardin.com
                                                             (212) 745-0865 Direct
                                                            (212) 753-5044 Fascimile