UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PALL CORPORATION,

           Plaintiff,

v.

3M PURIFICATION, INC.,

           Defendant.
-----------------------------------------------------------X

NOTICE OF MOTION
TO ADMIT COUNSEL
*PRO HAC VICE*

Civil Action Nos. 97-7599
and 03-0092 (RRM/ETB)

TO:   James E. Hanft
       Thomas M. Crispi
       Stephen M. Hankins
       Schiff, Hardin LLP
       666 Fifth Avenue, 17th Floor
       New York, NY 10103
       tcrispi@schiffhardin.com

      PLEASE TAKE NOTICE that, upon the annexed Affidavits of Counsel in Support of Motion to Admit Counsel *Pro Hac Vice*, the Affiants' Certificates of Good Standing, and Proposed Order annexed thereto, we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Messrs. Alan M. Fisch, Jeffrey M. Saltman and R. William Sigler of Fisch Hoffman Sigler, LLP, as attorneys *pro hac vice* to argue or try this case in whole or in part as counsel for plaintiff, Pall Corporation. There are no pending disciplinary proceedings against them in any State or Federal court. A check in the amount of $75.00 will be sent to the Court by mail.

                                                                 Respectfully submitted,

Dated: January 8, 2013                         By:   /s/ Paul J. Korniczky
                                                                Paul J. Korniczky
                                                                 LEYDIG, VOIT & MAYER, LTD.
                                                                  Two Prudential Plaza, Suite 4900
                                                                180 N. Stetson Avenue
                                                                Chicago, IL 60601-6731
                                                                (312) 616-5600
                                                                pkorniczky@leydig.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
PALL CORPORATION,
           Plaintiff,

v.

3M PURIFICATION, INC.,
           Defendant.
--------------------------------------------------------X

AFFIDAVIT OF ALAN M. FISCH
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
*PRO HAC VICE*

Civil Action Nos. 97-7599
and 03-0092 (RRM/ETB)

Potomac, Maryland ) ss:

Alan M. Fisch, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Fisch Hoffman Sigler LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

WHEREFORE, I respectfully request that this Court permit me to appear as counsel and advocate *pro hac vice* in this one case for plaintiff Pall Corporation.

Dated: January 8, 2013

Alan M. Fisch
Fisch Hoffman Sigler LLP
5335 Wisconsin Avenue, N.W.
8th Floor
Washington, DC 20015
(202) 362-3500
Alan.Fisch@FischLLP.com

Sworn to before me
This 8 day of January, 2013.

_____
Notary Public

RONGXIA ZHU
Notary Public
Montgomery County
Maryland
My Commission Expires Dec 28, 2014



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**ALAN M. FISCH**

was on the **2ND** day of **DECEMBER, 1996**

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 7, 2013.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PALL CORPORATION,
                Plaintiff,                                    ADMISSION TO PRACTICE
v.                                                   *PRO HAC VICE*

3M PURIFICATION, INC.,                         Civil Action Nos. 97-7599
                Defendant.                            and 03-0092 (RRM/ETB)
-----------------------------------------------------------X

        The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorneys, Alan M. Fisch, Jeffrey M. Saltman, and R. William Sigler, are permitted to argue or try this particular case in whole or in part as counsel or advocate for plaintiff Pall Corporation.

        This Order becomes effective upon the Court's receipt of the required $25.00 fee per individual, and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above listed case will be made on the roll of attorneys.

Dated: _____                                      _____
                                                                               United States District Judge

cc:    *Pro Hac Vice* Attorneys
        Court File