IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PALL CORPORATION | § § § | |
| *Plaintiff,* | § § | Case No. CV 97-7599 |
| v. | § § § | |
| 3M PURIFICATION, INC., | § § § | |
| *Defendant.* | § § | |

## NOTICE OF ATTORNEY APPEARANCE

The undersigned attorney hereby enters an appearance as counsel of record for Plaintiff Pall Corporation, and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of said Plaintiff.

                                                                      Respectfully submitted,

Date: January 9, 2013                /s/ Jeffrey M. Saltman
                                                           Jeffrey M. Saltman
                                                           *Jeffrey.Saltman@FischLLP.com*
                                                           Fisch Hoffman Sigler LLP
                                                           5335 Wisconsin Avenue NW
                                                           Suite 830
                                                           Washington, D.C. 20015
                                                          Tel: (202) 362-3500

                                                           *Attorney for Plaintiff Pall Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of New York via the CM/ECF system, which will send a notice of filing to all counsel of record who have consented to service by electronic means.

/s/ Jeffrey M. Saltman