

**R. William Sigler**
*Partner*

Direct 202.362.3520
Bill.Sigler@FischLLP.com

December 5, 2013

**VIA ECF**

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable William D. Wall
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Pall Corporation v. 3M Purification, Inc.,* Nos. 9:97-cv-07599-PKC-WDW and 2:03-cv-00092-PKC-WDW

Dear Judge Chen and Judge Wall:

    Pall Corporation and 3M Purification, Inc. respectfully request a scheduling conference to set future deadlines in the above-referenced cases, including a trial date. The last currently scheduled date is the close of expert discovery, which is March 5, 2014.

    The parties are available at the Court's convenience to attend the conference. Thank you for your consideration of this request.

                                              Respectfully submitted,

                                              R. William Sigler

cc:    Thomas M. Crispi
        All counsel of record (ECF)

Fisch Hoffman Sigler LLP • Attorneys at Law
5335 Wisconsin Avenue NW • Eighth Floor • Washington, DC 20015 • 202.362.3500
www.FischLLP.com