CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NIXIE 100
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 11201183

12 DEC 2013

$00.46°
US POSTAGE

4:97-cv-7599

David S. Shields, II
Nixon Peabody LLP
990 Stewart Avenue
Garden City, NY 11530

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 19 2013 ★
BROOKLYN OFFICE

11530482299

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ DEC 19 2013 ★
BROOKLYN OFFICE

0 ,0 ( 19HUVIRQ
)URP HFIBERXQFHV# QNHGKVFRXUWVURY
7RQRERG\# QNHGKVFRXUWVURY
%FF
...
0 HVVDJH,G ... # QNHGKVFRXUWVURY!
6XEMHFW ... &DVH ... 3 . & : ' : 3DOO & RUSRUDWLRQ Y & XQR ,QFRUSRUDWHG 2 UGHU RQ 0 RWLRQ IRU
+HDULQJ
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 12/6/2013 at 10:09 AM EST and filed on 12/6/2013

**Case Name:** Pall Corporation v. Cuno Incorporated
**Case Number:** 9:97-cv-07599-PKC-WDW
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER granting [363] Motion for Hearing: The parties either shall submit a joint pretrial order or request a premotion conference regarding any dispositive motion practice on or before April 5, 2014. Pretrial conference set for April 23, 2014 at 11:00 am in Courtroom 4F North. Ordered by Judge Pamela K. Chen on 12/6/2013. (Doerr, Mark)**

**9:97-cv-07599-PKC-WDW Notice has been electronically mailed to:**

James W. Weller jweller@nixonpeabody.com, LI.managing.clerk@nixonpeabody.com

Joseph John Ortego jortego@nixonpeabody.com, ahalpern@nixonpeabody.com, jramos@nixonpeabody.com

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 19 2013 ★
BROOKLYN OFFICE

Thomas M. Crispi tcrispi@schiffhardin.com, sodavis@schiffhardin.com

James E. Hanft jhanft@schiffhardin.com, sodavis@schiffhardin.com

Stephen M. Hankins shankins@schiffhardin.com, calendar@schiffhardin.com, dgunn@schiffhardin.com, jacquaviva@schiffhardin.com

R. William Sigler bill.sigler@fischllp.com

Jeffrey M. Saltman jeffrey.saltman@fischllp.com, Pall@fischllp.com

Alan M. Fisch alan.fisch@fischllp.com, maggie.dombrowsky@fischllp.com

**9:97-cv-07599-PKC-WDW Notice will not be electronically mailed to:**

Barry P. Kramer
Cummings & Lockwood
City Place I, 36th Floor
185 Asylum Street
Hartford, CT 06103

David S. Shields , II
Nixon Peabody LLP
990 Stewart Avenue
Garden City, NY 11530

Eric Grant
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103

Helen I. Odom
Kirkland & Ellis LLP
300 North Lasalle
Chicago, IL 60654

William H. Narwold
Cummings & Lockwood
CityPlace I
Hartford, CT 06103