IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
PALL CORPORATION,

                                          Plaintiff,          Civil Action Nos.
-against-                                     9:97-CV-07599 (RRM)(ETB)

CUNO INCORPORATED,                           2:03-CV-00092 (RRM)(ETB)

                                         Defendant.
-----------------------------------------------------------------------X

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

       I am authorized to practice in this court, and I appear in this case as counsel for Defendant Cuno Incorporated, which is now 3M Purification, Inc.


Date:___February 6, 2014_____        _/s/ Gina M. Bassi_____
                                                                 Gina M. Bassi
                                                                 Schiff Hardin LLP
                                                                 666 Fifth Avenue, 17th Fl.
                                                                 New York, New York  10103
                                                                 gbassi@schiffhardin.com
                                                                 (212) 745-9545 Direct
                                                                 (212) 753-5044 Facsimile