CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

9:47cv-7559

Rec'd 3/5/14

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
★ MAR 05 2014 ★
BROOKLYN OFFICE






David S. Shields , II
Nixon Peabody LLP
990 Stewart Avenue
Garden City, NY 11530



0 ,0 ( 9HUVIRQ
)URP HFIBERXQFHV# QNHG XVFRXUWV JRY
7R QRERG\# QNHG XVFRXUWV JRY
%FF
0 HVVDJH ,G # QNHG XVFRXUWV JRY!
6XEMHFW $FWLYLW\ LQ &DVH ...
0 RWRQ &RQIHUHQFH

Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 2/5/2014 at 7:07 PM EST and filed on 2/5/2014
**Case Name:** Pall Corporation v. Cuno Incorporated
**Case Number:** 9:97-cv-07599-PKC-WDW
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER denying [367] Motion for Pre Motion Conference: Because the parties seem to agree that the experts' opinions may be relevant to the proposed motions, Plaintiff's request for a premotion conference and Plaintiff's proposed briefing schedule is denied, so that expert discovery can be completed. However, once that discovery is completed, the parties may proceed with briefing Plaintiff's proposed partial summary judgment motion regarding Defendant's inequitable conduct defense, and Defendant's proposed cross motion for summary judgment regarding willful infringement. No**

**premotion conference is necessary. The parties shall submit a jointly agreed-upon briefing schedule for the Court's approval no later than March 19, 2014. The briefing schedule shall provide that the first motion papers are to be served no earlier than April 18, 2014, and that briefing shall be completed no later than June 13, 2014. Following the close of discovery, should a party wish to amend the briefing schedule to add additional issues, they must request leave from the Court. SO ORDERED. Ordered by Judge Pamela K. Chen on 2/5/2014. (Doerr, Mark)**

**9:97-cv-07599-PKC-WDW Notice has been electronically mailed to:**

James W. Weller jweller@nixonpeabody.com, LI.managing.clerk@nixonpeabody.com

Joseph John Ortego jortego@nixonpeabody.com, ahalpern@nixonpeabody.com, jramos@nixonpeabody.com

Thomas M. Crispi tcrispi@schiffhardin.com, sodavis@schiffhardin.com

James E. Hanft jhanft@schiffhardin.com, sodavis@schiffhardin.com

Stephen M. Hankins shankins@schiffhardin.com, calendar@schiffhardin.com, dgunn@schiffhardin.com, jacquaviva@schiffhardin.com

R. William Sigler bill.sigler@fischllp.com

Jeffrey M. Saltman jeffrey.saltman@fischllp.com, Pall@fischllp.com

Alan M. Fisch alan.fisch@fischllp.com, maggie.dombrowsky@fischllp.com

**9:97-cv-07599-PKC-WDW Notice will not be electronically mailed to:**

Barry P. Kramer
Cummings & Lockwood
City Place I, 36th Floor
185 Asylum Street
Hartford, CT 06103

David S. Shields , II
Nixon Peabody LLP
990 Stewart Avenue
Garden City, NY 11530

Eric Grant
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103

Helen I. Odom
Kirkland & Ellis LLP

300 North Lasalle
Chicago, IL 60654

William H. Narwold
Cummings & Lockwood
CityPlace I
Hartford, CT 06103