

March 17, 2014

R. William Sigler
*Partner*

Direct 202.362.3520
Bill.Sigler@FischLLP.com

**VIA ECF**

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:   *Pall Corporation v. 3M Purification, Inc.*, Nos. 9:97-cv-07599-PKC-WDW and 2:03-cv-00092-PKC-WDW

Dear Judge Chen:

      On February 5, 2014, the Court requested that the parties provide a jointly agreed upon briefing schedule for the parties' summary judgment motions for which the Court has granted leave to file. Subject to approval by the Court, the parties have agreed to the following briefing schedule for such motions:

1. Opening summary judgment motions shall be served on April 18, 2014.

2. Opposition briefs shall be served no later than May 19, 2014.

3. Reply briefs shall be served no later than June 13, 2014.

      The parties respectfully request that the Court enter an order granting the parties' agreed upon schedule.

                                                           Sincerely,

                                                          R. William Sigler

cc: All counsel of record (ECF)