IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PALL CORPORATION, | § § § | |
| *Plaintiff*, | § § | Case Number: 9:97-cv-07599-PKC-WDW |
| | § | 2:03-cv-00092-PKC-WDW |
| v. | § § | |
| 3M PURIFICATION, INC., | § § | |
| *Defendant*. | § § § | |

## NOTICE OF ATTORNEY APPEARANCE

The undersigned attorney hereby enters an appearance as additional counsel of record for Plaintiff Pall Corporation, and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of said Plaintiff.

Date: March 17, 2014                                             Respectfully submitted,


                                                                 /s/ Nicholas A. Oldham
                                                                 Nicholas A. Oldham
                                                                 *Nicholas.Oldham@fischllp.com*
                                                                 FISCH HOFFMAN SIGLER LLP
                                                                 5335 Wisconsin Avenue NW
                                                                 Eighth Floor
                                                                 Washington, DC  20015
                                                                 Tel: (202) 362-3500
                                                                 Fax: (202- 362-3501

                                                                 *Attorney for Pall Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 17, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of New York via the CM/ECF system, which will send a notice of filing to all counsel of record who have consented to service by electronic means.

                                            By: */s/ Nicholas A. Oldham*
                                               Nicholas A. Oldham