CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 03 2014 ★
BROOKLYN OFFICE

$00.69

David S. Shields , II
Nixon Peabody LLP
990 Stewart Avenue
Garden City, NY 11530

NIXIE 100 DE 1009 0003/28/14
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 11201183299 *0245-00110-24-46

11530

Case 9:97-cv-07599-PKC-WDW Document 375 Filed 04/03/14 Page 2 of 10 PageID #: 7148

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 0 3 2014 ★
BROOKLYN OFFICE

0 ,0 ( 19HUVLRQ
)URP HFIBERXQFHV# QNHG KVFRXUWV URY
7RQRERG\# QNHG KVFRXUWV URY
%FF
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 3/18/2014 at 1:53 PM EDT and filed on 3/18/2014

**Case Name:** Pall Corporation v. Cuno Incorporated
**Case Number:** 9:97-cv-07599-PKC-WDW
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER granting [372] Motion for Leave to File: On consent, Defendant's request for leave to brief the two additional issues of non-infringement and entitlement to lost profits hereby is GRANTED. Moreover, the briefing schedule set forth in the parties' joint briefing schedule proposal (Dkt. [373]) hereby is SO ORDERED, and briefing regarding the two additional issues shall follow the same schedule set forth therein.**

**Ordered by Judge Pamela K. Chen on 3/18/2014. (Lo, Justin)**

**9:97-cv-07599-PKC-WDW Notice has been electronically mailed to:**

James W. Weller jweller@nixonpeabody.com, LI.managing.clerk@nixonpeabody.com

Joseph John Ortego jortego@nixonpeabody.com, ahalpern@nixonpeabody.com, jramos@nixonpeabody.com

Thomas M. Crispi tcrispi@schiffhardin.com, sodavis@schiffhardin.com

James E. Hanft jhanft@schiffhardin.com, sodavis@schiffhardin.com

Gina Marie Bassi gbassi@schiffhardin.com, sodavis@schiffhardin.com

Stephen M. Hankins shankins@schiffhardin.com, calendar@schiffhardin.com, dgunn@schiffhardin.com, jacquaviva@schiffhardin.com

R. William Sigler bill.sigler@fischllp.com

Jeffrey M. Saltman jeffrey.saltman@fischllp.com, Pall@fischllp.com

Alan M. Fisch alan.fisch@fischllp.com, maggie.dombrowsky@fischllp.com

Nicholas A. Oldham nicholas.oldham@fischllp.com

**9:97-cv-07599-PKC-WDW Notice will not be electronically mailed to:**

Barry P. Kramer
Cummings & Lockwood
City Place I, 36th Floor
185 Asylum Street
Hartford, CT 06103

David S. Shields , II
Nixon Peabody LLP
990 Stewart Avenue
Garden City, NY 11530

Eric Grant
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103

Helen I. Odom
Kirkland & Ellis LLP
300 North Lasalle
Chicago, IL 60654

William H. Narwold
Cummings & Lockwood
CityPlace I
Hartford, CT 06103

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 0 3 2014 ★
BROOKLYN OFFICE

0 ,0 ( 9HUVLRQ
)URP HFIBERXQFHV# QÕHG XVFRXUWV JRY
7R QRERG\# QÕHG XVFRXUWV JRY
%FF
&DVH 3DUWLFLSDQWV -RVHSK -RKQ 2 UHJR DKDSHUQ# QI[RQSHDERG\ FRP RUWHJR# QI[RQSHDERG\ FRP
DP RV# QI[RQSHDERG\ FRP 6WHSKHQ + DQNLQV FDOLQGDU VFKLIIKDUGLQ FRP GJXQQ# VFKLIIKDUGLQ FRP
DFTXDYLYD# VFKLIIKDUGLQ FRP VKDQNLQV# VFKLIIKDUGLQ FRP * QD DUH %DVVL JEDVVL# VFKLIIKDUGLQ FRP
VRGDYLV# VFKLIIKDUGLQ FRP -DP HV ( + DQIWKDQ# VFKLIIKDUGLQ FRP VRGDYLV# VFKLIIKDUGLQ FRP 5 : LOODP 6 LJHOU
EIDLVLJHOU# DVFKOS FRP -DP HV : : HDHUIHZ HDHU# QI[RQSHDERG\ FRP LP DQDJLQJ FOHUN# QI[RQSHDERG\ FRP
1 LFKRODV 2 GKDP LQIFKRODV RGKDP # DVFKOS FRP 7 KRP DV 6 UVSI VRGDYLV# VFKLIIKDUGLQ FRP
WFUVSI# VFKLIIKDUGLQ FRP $ DQ ) LVFK DQQLVFK# DVFKOS FRP P DJJLH GRP EURZ VN\# DVFKOS FRP -HIIH\
6 DQP DQ HIILH\ VDQP DQ# DVFKOS FRP SDQ# DVFKOS FRP -XGJH 3DP HOD . &KHQ
GDBDEGDDDK# QÕHG XVFRXUWV JRY NVWLQBOR# QÕHG XVFRXUWV JRY P DUNBGRHUU# QÕHG XVFRXUWV JRY
P DWKHZ BJDOHIRWW# QÕHG XVFRXUWV JRY SDP HOD BNBFKHQ# QÕHG XVFRXUWV JRY VRQLDBJDOHIDQR# QÕHG XVFRXUWV JRY
0 DJLVWUDWH -XGJH : LOODP ' : DOOBGRBKHSZ RUWK# QÕHG XVFRXUWV JRY NULVWQBSDGIOD# QÕHG XVFRXUWV JRY
VDQGUDBGDYLEURZ # QÕHG XVFRXUWV JRY
1 RQ &DVH 3DUWLFLSDQWV
1 R 1 RWLFH 6 HQW

0 HVVDJH ,G # QÕHG XVFRXUWV JRY!
6 XEMHFW $ FWLYLW\ LQ &DVH FY 3 . & : ' : 3DOO &RUSRUDWLRQ Y &XQR ,QFRUSRUDWHG 2 UGHU
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

### Notice of Electronic Filing

The following transaction was entered on 3/18/2014 at 2:04 PM EDT and filed on 3/18/2014
**Case Name:** Pall Corporation v. Cuno Incorporated
**Case Number:** 9:97-cv-07599-PKC-WDW
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER: Because Case Nos. 97-CV-7599 and 03-CV-92 have been consolidated for trial (*see* Order, dated 5/13/13), the parties are instructed to only file their papers in 97-CV-7599. Ordered by Judge Pamela K. Chen on 3/18/2014. Associated Cases: 9:97-cv-07599-PKC-WDW, 2:03-cv-00092-PKC-WDW. (Lo, Justin)**

**Case Name:** Pall Corporation v. Cuno Incorporated

**Case Number:** 2:03-cv-00092-PKC-WDW
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER: Because Case Nos. 97-CV-7599 and 03-CV-92 have been consolidated for trial (*see* Order, dated 5/13/13), the parties are instructed to only file their papers in 97-CV-7599. Ordered by Judge Pamela K. Chen on 3/18/2014. Associated Cases: 9:97-cv-07599-PKC-WDW, 2:03-cv-00092-PKC-WDW. (Lo, Justin)**

**9:97-cv-07599-PKC-WDW Notice has been electronically mailed to:**

**9:97-cv-07599-PKC-WDW Notice will not be electronically mailed to:**

Barry P. Kramer
Cummings & Lockwood
City Place I, 36th Floor
185 Asylum Street
Hartford, CT 06103

David S. Shields , II
Nixon Peabody LLP
990 Stewart Avenue
Garden City, NY 11530

Eric Grant
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103

Helen I. Odom
Kirkland & Ellis LLP
300 North Lasalle
Chicago, IL 60654

William H. Narwold
Cummings & Lockwood
CityPlace I
Hartford, CT 06103

**2:03-cv-00092-PKC-WDW Notice has been electronically mailed to:**

James W. Weller jweller@nixonpeabody.com, LI.managing.clerk@nixonpeabody.com

Joseph John Ortego jortego@nixonpeabody.com, ahalpern@nixonpeabody.com, jramos@nixonpeabody.com

Thomas M. Crispi tcrispi@schiffhardin.com, sodavis@schiffhardin.com

James E. Hanft jhanft@schiffhardin.com, sodavis@schiffhardin.com

Gina Marie Bassi gbassi@schiffhardin.com, sodavis@schiffhardin.com

Stephen M. Hankins shankins@schiffhardin.com, calendar@schiffhardin.com, dgunn@schiffhardin.com, jacquaviva@schiffhardin.com

R. William Sigler bill.sigler@fischllp.com

Jeffrey M. Saltman jeffrey.saltman@fischllp.com, Pall@fischllp.com

Alan M. Fisch alan.fisch@fischllp.com, maggie.dombrowsky@fischllp.com

Nicholas A. Oldham nicholas.oldham@fischllp.com

**2:03-cv-00092-PKC-WDW Notice will not be electronically mailed to:**

Barry Kramer
Cummings & Lockwood
City Place I
Hartford, CT 06103

Helen I. Odom
Kirkland & Ellis LLP
300 North Lasalle
Chicago, IL 60654

Case 9:97-cv-07599-PKC-WDW Document 375 Filed 04/03/14 Page 8 of 10 PageID #: 7154

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 0 3 2014 ★
BROOKLYN OFFICE

0 ,0 ( 9HUVLRQ
)URP HFIBERXQFHV# QⅥHG EVFRXUWV URY
7R QRERG\# QⅥHG EVFRXUWV URY
%FF
6DVH B DUWLFLSDQWV -RVHSK -RKQ 2 UHJR DKDSHUR# QI[RQSHDERG\ FRP RUWHJR# QI[RQSHDERG\ FRP
DP RV# QI[RQSHDERG\ FRP 6WHSKHQ + DQNLQV FDOGDU# VFKLIIKDUGLQ FRP GJXQQ# VFKLIIKDUGLQ FRP
DFTXDYLYD# VFKLIIKDUGLQ FRP VKDQNLQV# VFKLIIKDUGLQ FRP * QDQ DUH %DVVL JEDVVL# VFKLIIKDUGLQ FRP
VRGDYLV# VFKLIIKDUGLQ FRP -DP HV ( + DQWLNDQ# VFKLIIKDUGLQ FRP VRGDYLV# VFKLIIKDUGLQ FRP 5 : LOOLDP 6 LJOHU
EIDVLJOHU# IVFKOD FRP -DP HV : : HOHUIZ HOHU# QI[RQSHDERG\ FRP DP DQDJLQJ FOHUN# QI[RQSHDERG\ FRP
1 LFKRODV 2 GKDP QLFKRODV RGKDP # IVFKOD FRP 7KRP DV 6 UVSI VRGDYLV# VFKLIIKDUGLQ FRP
WFUVSI# VFKLIIKDUGLQ FRP $ OOHQ ) LVFK DOODQ ILVFK# IVFKOD FRP P DJJLH GRP EURZ VN\# IVFKOD FRP -HIIUH\
6 DP DQ KHIIUH\ VDP DQ# IVFKOD FRP SDOO# IVFKOD FRP -XGJH B DP HOD 6 KHQ
GDBDEGDOODK# QⅥHG EVFRXUWV URY NV QBOR# QⅥHG EVFRXUWV URY P DUNBGRHUU# QⅥHG EVFRXUWV URY
P DWKHZ BJDOHRWW# QⅥHG EVFRXUWV URY SDP HOOBNBFKHQ# QⅥHG EVFRXUWV URY VRQDBJDOHDQR# QⅥHG EVFRXUWV URY
0 DJLVWUDWH -XGJH : LOOLDP ' : DOOIGLNBKHSZ RUWK# QⅥHG EVFRXUWV URY NULVWQBSDGLOD# QⅥHG EVFRXUWV URY
VDQGUDBGIVEURZ # QⅥHG EVFRXUWV URY
1 RQ 6DVH B DUWLFLSDQWV
1 R 1 RWLFH 6 HQW

0 HVVDJH ,G # QⅥHG EVFRXUWV URY
6 XEMHFW $ FWLYLW\ LQ 6DVH FY 3 . & : ' : B DOO 6 RUSRUDWLRQ Y 6 XQR ,QFRUSRUDWHG 6 FKHGXOLQJ 2 UGHU
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 3/18/2014 at 7:11 PM EDT and filed on 3/18/2014
**Case Name:** Pall Corporation v. Cuno Incorporated
**Case Number:** 9:97-cv-07599-PKC-WDW
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER: The pre-trial conference scheduled for 4/23/14 is ADJOURNED without date, due to the pending briefing schedule for the dispositive motions. Ordered by Judge Pamela K. Chen on 3/18/2014. Associated Cases: 9:97-cv-07599-PKC-WDW, 2:03-cv-00092-PKC-WDW. (Lo, Justin)**

**Case Name:** Pall Corporation v. Cuno Incorporated

**Case Number:** 2:03-cv-00092-PKC-WDW
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER: The pre-trial conference scheduled for 4/23/14 is ADJOURNED without date, due to the pending briefing schedule for the dispositive motions. Ordered by Judge Pamela K. Chen on 3/18/2014. Associated Cases: 9:97-cv-07599-PKC-WDW, 2:03-cv-00092-PKC-WDW. (Lo, Justin)**

**9:97-cv-07599-PKC-WDW Notice has been electronically mailed to:**

**9:97-cv-07599-PKC-WDW Notice will not be electronically mailed to:**

Barry P. Kramer
Cummings & Lockwood
City Place I, 36th Floor
185 Asylum Street
Hartford, CT 06103

David S. Shields , II
Nixon Peabody LLP
990 Stewart Avenue
Garden City, NY 11530

Eric Grant
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103

Helen I. Odom
Kirkland & Ellis LLP
300 North Lasalle
Chicago, IL 60654

William H. Narwold
Cummings & Lockwood
CityPlace I
Hartford, CT 06103

**2:03-cv-00092-PKC-WDW Notice has been electronically mailed to:**

James W. Weller jweller@nixonpeabody.com, LI.managing.clerk@nixonpeabody.com

Joseph John Ortego jortego@nixonpeabody.com, ahalpern@nixonpeabody.com, jramos@nixonpeabody.com

Thomas M. Crispi tcrispi@schiffhardin.com, sodavis@schiffhardin.com

Nicholas A. Oldham nicholas.oldham@fischllp.com

James E. Hanft  jhanft@schiffhardin.com, sodavis@schiffhardin.com

Gina Marie Bassi  gbassi@schiffhardin.com, sodavis@schiffhardin.com

Stephen M. Hankins  shankins@schiffhardin.com, calendar@schiffhardin.com, dgunn@schiffhardin.com, jacquaviva@schiffhardin.com

R. William Sigler  bill.sigler@fischllp.com

Jeffrey M. Saltman  jeffrey.saltman@fischllp.com, Pall@fischllp.com

Alan M. Fisch  alan.fisch@fischllp.com, maggie.dombrowsky@fischllp.com

Nicholas A. Oldham  nicholas.oldham@fischllp.com

**2:03-cv-00092-PKC-WDW Notice will not be electronically mailed to:**

Barry Kramer
Cummings & Lockwood
City Place I
Hartford, CT 06103

Helen I. Odom
Kirkland & Ellis LLP
300 North Lasalle
Chicago, IL 60654