# FISCH SIGLER LLP

5335 Wisconsin Avenue NW | Eighth Floor | Washington, DC 20015

**Nicholas A. Oldham**
Partner
Nicholas.Oldham@FischLLP.com
Direct: (202) 362-3534
Main: (202) 362-3500

May 19, 2014

**VIA ELECTRONIC MAIL AND ECF**

Thomas M. Crispi
Schiff Hardin LLP
666 Fifth Avenue
Suite 1700
New York, NY 10103
TCrispi@SchiffHardin.com

Re: *Pall Corporation v. Cuno Incorporated*
Case Nos. 9:97-cv-07599-PKC-WDW, 2:03-cv-00092-PKC-WDW

Dear Mr. Crispi:

Pursuant to the agreed upon briefing schedule approved by the Court on March 18, 2014 and the parties' agreement with respect to electronic service, please find attached to this e-mail service copies of Plaintiff Pall Corporation's Opposition to Defendant 3M Purification, Inc.'s Motions for Summary Judgment and the following supporting documents:

1. Plaintiff Pall Corporation's Memorandum of Law in Opposition to Defendant 3M Purification, Inc.'s Motions for Summary Judgment;

2. Plaintiff Pall Corporation's Response to Defendant 3M Purification Inc.'s Statement of Undisputed Facts and Pall's Counterstatement Of Material Facts as to Which There is No Genuine Issue; and,

3. Declaration of Nicholas A. Oldham in Support of Plaintiff Pall Corporation's Opposition to Defendant 3M Purification, Inc.'s Motions for Summary Judgment.

Please feel free to reach out to me with any questions.

Sincerely,

Nicholas A. Oldham

Enclosures
cc: Stephen M. Hankins
    Alison L. Maddeford
    Gina M. Bassi

Intellectual Property Trial Lawyers

New York + Silicon Valley + Washington, DC