

666 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10103
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

Gina M. Bassi
212.745.9545
gbassi@schiffhardin.com

May 19, 2014

**VIA ELECTRONIC SERVICE**

Alan M. Fisch
Fisch Sigler LLP
5335 Wisconsin Avenue NW, Eighth Floor
Washington, DC 20015

Re: *Pall Corporation v. 3M Purification Inc.*, Nos. 9:97-cv-07599-PKC-ARL and 2:03-cv-00092-PKC-ARL Client/Matter No. 37631-0158

Dear Counsel:

Pursuant to the parties' agreement to serve their respective summary judgment papers electronically in lieu of overnight delivery, enclosed herewith are the following documents in connection with 3M Purification Inc.'s Opposition to Pall Corporation's Motion for Summary Judgment on Inequitable Conduct Defenses and Counterclaims.

- Memorandum of Law in Opposition to Pall Corporation's Motion for Summary Judgment on Inequitable Conduct Defenses and Counterclaims;

- Declaration of Gina M. Bassi in Support of 3M Purification Inc.'s Opposition to Pall Corporation's Motion for Summary Judgment on Inequitable Conduct Defenses and Counterclaims;

- Response to Pall Corporation's Rule 56.1 Statement in Support of Motion for Summary Judgment on Inequitable Conduct Defenses and Counterclaims and Counterstatement of Additional Material Facts; and

- Certificate of Service.

Sincerely,

/s/ *Gina M. Bassi*

Gina M. Bassi

Enclosures

cc: All Counsel of Record
Hon. Pamela K. Chen (via ECF, without enclosures)

37631-0158
NY\52072225.1