CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

11201Q1832
115304

US POSTAGE
$00.690
Mailed from 120
Jun 18 2014

David S. Shields, II
Nixon Peabody LLP
990 Stewart Avenue
Garden City, NY 11530

NIXIE          100   5E   100          0105/15/14

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  11201183299          *0345-01296-18-41