UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Pall Corporation,**<br><br>        **Plaintiff,**<br><br>    **-against-**<br><br>**3M Purification Incorporated,**<br><br>        **Defendant.** | **9:97-cv-07599-PKC-WDW**<br>**2:03-cv-00092-PKC-WDW** |

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on this 13th day of June, 2014, I caused a true and correct copy of (1) **3M Purification Inc.'s Reply Memorandum in Support of Motion for Summary Judgment**; (2) **Reply Declaration of Gina M. Bassi in Support of 3M Purification Inc.'s Motion for Summary Judgment**; and (3) **3MPI's Reply Rule 56.1 Statement in Response to Pall's Response to 3MPI's Statement of Undisputed Facts and 3MPI's Response to Pall's Counterstatement of Material Facts as to Which There is No Genuine Issue** to be served electronically upon all counsel of record.

Dated:  New York, New York
          June 13, 2014

                                                    */s/ Gina M. Bassi*
                                                        Gina M. Bassi

NY\52115848.1