IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALL CORPORATION, § | |
| § | |
| *Plaintiff*, § | Case No.: 9:97-cv-07599-PKC-WDW |
| v. § | Case No.: 2:03-cv-00092-PKC-WDW |
| § | |
| 3M PURIFICATION, INC., § | |
| § | |
| *Defendant*. § | |

### PLAINITFF'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW
### NICHOLAS A. OLDHAM AS COUNSEL OF RECORD

Pursuant to Local Civil Rule 1.4, Plaintiff Pall Corporation respectfully moves the Court for leave to withdraw Nicholas A. Oldham as counsel for Plaintiff in the above-captioned matter. Mr. Oldham is migrating to the law firm of King & Spalding LLP. In support of this motion, the undersigned represents as follows:

Pall Corporation consents to this request and continues to be represented by the other attorneys of record from Fisch Sigler LLP.

This withdrawal will not delay the proceedings. Accordingly, Pall Corporation will suffer no prejudice and a good cause is shown for granting this Motion. The Defendant 3M Purification, Inc. does not oppose this motion.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted and that Mr. Oldham be removed from all service lists and no longer receive electronic notices in this case.

Date: December 11, 2014    Respectfully submitted,

*/s/ R. William Sigler*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler
*bill.sigler@fischllp.com*
Jeffrey M. Saltman
*jeffrey.saltman@fischllp.com*
FISCH SIGLER LLP
5335 Wisconsin Avenue NW
Eighth Floor
Washington, DC 20015
(202) 362-3500

Silvia Jordan
*silvia.jordan@fischllp.com*
FISCH SIGLER LLP
432 Park Avenue South
Fourth Floor
New York, NY 10016
(212) 235-0440

*Attorneys for Plaintiff Pall Corporation*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 11, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of New York via the CM/ECF system, which will send a notice of filing to all counsel of record who have consented to service by electronic means.

By: <i>/s/ R. William Sigler</i><br>
R. William Sigler